(128 So. 909)

### Ex parte J. G. MAJOR et al.
### 6 Div. 666.

Supreme Court of Alabama.
May 22, 1930.

PER CURIAM.
Rule nisi denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

(128 So. 909)

### Roy Lee MILES v. STATE.
### 4 Div. 467.

Supreme Court of Alabama.
May 1, 1930.

BOULDIN, J.
Affirmed.
All the Justices concur.

(128 So. 910)

### Lillian NICHOLSON, alias, v. STATE.
### 4 Div. 465.

Supreme Court of Alabama.
May 15, 1930.

Frank J. Mizell, Jr., of Florala, and F. M. Campbell, of Andalusia, for appellant.

Charlie C. McCall, Atty. Gen., and Wm. P. Cobb, Asst. Atty. Gen., for the State.

FOSTER, J.
Appellant was indicted, tried, convicted, and sentenced to the penitentiary for life on a charge of murder in the first degree.

There is no bill of exceptions nor brief submitted for appellant, but we have gone carefully through the record, and find the indictment and proceedings were all legal and regular, and no error appears in it.

The judgment is therefore affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(127 So. 915)

### Eugene E. OLIVE et al. v. B. F. OLIVE et al.
### 8 Div. 92.

Supreme Court of Alabama.
March 20, 1930.

Rehearing Denied April 17, 1930.

Kirk & Rather, of Tuscumbia, for appellants.

A. H. Carmichael, of Tuscumbia, for appellees.

ANDERSON, C. J.
The appellants filed the bill in this case to establish the right to inherit the estate of J. Y. Olive, deceased, by seeking a specific performance of an agreement to adopt them and to make them his heirs at law. The pleading and proof does not bring this case within the influence of Prince v. Prince, 194 Ala. 455, 69 So. 906, and it is more properly governed by the recent case of Marietta v. Faulkner, 126 So. 635,[1] wherein said Prince Case was discussed and differentiated, and which said last case fully justified the trial court in denying the complainants relief and in dismissing the bill of complaint.

The decree of the circuit court is affirmed.

Affirmed.

SAYRE, THOMAS, and BROWN, JJ., concur.

(128 So. 910)